UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 8:09-CR-373-T-26TGW

MACIEJ MAREK WAZNY

## ORDER

This matter before the Court is the government's In Camera motion to unseal the arrest warrant, in the instant case.

It is hereby ORDERED that the arrest warrant, in the instant case, be UNSEALED.

DONE AND ORDERED in Chambers at Tampa, Florida, this 7 day of December, 2009.

THOMAS G. WILSON
United States Magistrate Judge

Copies to:  James C. Preston, Jr.
            Assistant United States Attorney